STATE OF CONNECTICUT *v.* RALPH M. JUDKINS

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Rodney R. Jones,* in support of the petition.

*Allen W. Smith,* in opposition.

Submitted September 22—decided October 4, 1972

BANKERS TRUST COMPANY, EXECUTOR, ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF WESTON

The motion by the plaintiffs to strike the defendant's assignment of errors and to dismiss the appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Thomas F. Hartch,* in support of the motion.

*Harvey J. Rothberg,* in opposition.

Submitted September 5—decided October 5, 1972